No. 8,299.   In re Estate of SARAH CARDWELL, Deceased. SARAH FLORENCE PLANTE, Respondent, *v.* ZELLA CARDWELL YEGEN et al., Appellants.

Decided February 26, 1942.

PER CURIAM.—The motion of Respondent to dismiss the appeal because not taken in time, is granted.

*Mr. George Y. Patten, Mr. Rockwood Brown & Mr. Horace S. Davis,* and *Mr. Franklin S. Longan,* for Respondent.

*Mr. M. J. Lamb,* for Appellants.